## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTINE MONAGHAN and GEORGE MONAGHAN, her husband,** | : | **No. 3:12cv1285** |
| **Plaintiffs** | : | **(Judge Munley)** |
| | : | |
| **v.** | : | |
| | : | |
| **THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and THE TRAVELERS HOME AND MARINE INSURANCE COMPANY,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 16th day of June 2014, the defendants' motion for summary judgment (Doc. 30) is granted in part and denied in part.

It is **GRANTED** as unopposed with regard to the breach of contract claim and the Unfair Trade Practices and Consumer Protection law claim. It is **DENIED** with respect to the bad faith claim.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**