# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTINE MONAGHAN and** | : | **No. 3:12cv1285** |
| **GEORGE MONAGHAN, her husband,** | : | |
| **Plaintiffs** | : | **(Judge Munley)** |
| | : | |
| **v.** | : | |
| | : | |
| **THE TRAVELERS PROPERTY** | : | |
| **CASUALTY COMPANY OF** | : | |
| **AMERICA AND THE TRAVELERS** | : | |
| **HOME AND MARINE** | : | |
| **INSURANCE COMPANY,** | : | |
| **Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 16th day of July 2014, the defendants' motion to bifurcate (Doc. 50) is hereby **DENIED**.

                                        **BY THE COURT:**

                                        **s/ James M. Munley**

                                        **JUDGE JAMES M. MUNLEY**
                                        **United States District Court**